IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARRY GENTRY,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 10-2350 |
| | : | |
| **LANCASTER COUNTY, et al.,** | : | |
| Defendants | : | |

## O R D E R

**AND NOW**, this 4th day of September, 2014, upon consideration of the Motion for Summary Judgment of Defendants Lancaster County, Warden Vincent Guarini, Major Klinovski, Sgt. Jacobs, Corrections Officer McMullen, Corrections Officer Trudeau, Corrections Officer Sgt. Robert Wolfe, Corrections Officer Barley, Corrections Officer Lt. Ritter, Corrections Officer Sgt. Showalter, Corrections Officer Paul Wolfe, Corrections Officer Coco, Corrections Officer Bill Mennotti, Corrections Officer Wesley Williams, and Corrections Officers John/Jane Doe 1-5 (Doc. # 43), and all responses and replies thereto, it is hereby **ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS:**

1. The Motion is **GRANTED** as to all Defendants on Counts One and Three.

2. The Motion is **DENIED** as to Defendants Corrections Officer Coco, Corrections Officer Bill Mennotti and Corrections Officer Wesley Williams on Count Two.

BY THE COURT:

  Lawrence F. Stengel  
LAWRENCE F. STENGEL, J.